IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VICKIE L. SHORT,

    Plaintiff,                                          Case No.: 3:16-cv-10

vs.

COMMISSIONER OF SOCIAL SECURITY,      Magistrate Judge Michael J. Newman
                                                                 (Consent case)
    Defendant.

**ORDER AND ENTRY: (1) GRANTING THE PARTIES' JOINT MOTION
(DOC. 16) FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS
TO JUSTICE ACT ("EAJA"); AND (2) AWARDING EAJA ATTORNEY'S FEES IN
THE AMOUNT OF $3,100.00**

This Social Security disability benefits appeal is before the Court on the parties' joint motion in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $3,100.00. Doc. 16. There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** the parties' joint stipulation for an EAJA fee award (doc. 16); and (2) **GRANTS** Plaintiff EAJA fees in the amount of $3,100.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date:  October 7, 2016                       *s/ Michael J. Newman*
                                                         Michael J. Newman
                                                         United States Magistrate Judge